IN THE UNITED STATES DISTRICT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**

VS.                              4:19CR00657 JM

**JAKE HUNTER BROWN**

**ORDER**

On May 5, 2021, the Court granted Defendant's Motion for an Examination to Determine Competency to Stand Trial (18 U.S.C. § 4241).

The United States Marshal for the Eastern District of Arkansas has advised the Court that Defendant has been designated to the Federal Medical Center, Ft. Worth, Texas for the examination. Accordingly, the United States Marshal is directed to transport Defendant to the Federal Medical Center, Ft. Worth, Texas forthwith.[1]

Under 18 U.S.C. § 4247(b) and (c), Defendant is committed to the custody of the Attorney General, or his authorized representative, for a period not to exceed thirty (30) days for a psychiatric or psychological examination under 18 U.S.C. § 4241.   This time period excludes any time consumed by transportation.

Based on 18 U.S.C. § 4247(c), the facility conducting the examination will file a report with this Court with copies to Defendant's counsel and the Prosecution.

Eleven (11) days from the date the examination report is received by the Court and the parties, any party who requests a hearing regarding any issues in the report or opposes the report

---

[1] Based on 18 U.S.C. § 3161(h)(1)(F), time consumed by transportation in excess of ten (10) days from today is presumed unreasonable under the Speedy Trial Act.

1

must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities.

If no motions are filed within eleven (11) days, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.[2]

IT IS SO ORDERED this 11th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[2] 18 U.S.C. § 3161(h)(1)(A).